Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:  619/296-2013
dkirkpatrick@sessions.legal
drichard@sessions.legal

Attorney for R. M. Galicia, Inc. dba Progressive Management Systems

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISPIN CARREON,<br><br>           Plaintiff,<br>      vs.<br><br>R.M. GALICIA, INC. d/b/a PROGRESSIVE MANAGEMENT SYSTEMS,<br><br>           Defendants. | Case No.: 17-CV-01764-FMO-GJS<br><br>STIPULATION TO DISMISS |

///
///
///
///
///
///

Stipulation to Dismiss

1

IT IS HEREBY STIPULATED by and between Plaintiff, Crispin Carreon, and Defendant, R.M. Galicia, Inc. dba Progressive Management Systems, that this action shall be dismissed in its entirety. The individual claims of Plaintiff Crispin Carreon shall be dismissed with prejudice. The claims of the putative class shall be dismissed without prejudice. Each party is to bear its own costs.

Dated: 5/31/17             LAW OFFICES OF TODD M. FRIEDMAN, P.C.

                           */s/Todd M. Friedman*
                           Todd M. Friedman
                           Attorney for Plaintiff
                           Crispin Carreon

Dated: 5/31/17             SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                           */s/Debbie P. Kirkpatrick*
                           Debbie P. Kirkpatrick
                           Attorney for Defendant
                           R.M. Galicia, Inc. dba Progressive Management Systems