JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISPIN CARREON,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>R.M. GALICIA, INC. d/b/a<br>PROGRESSIVE MANAGEMENT<br>SYSTEMS,<br><br>　　　　　Defendants. | Case No.: 17-CV-01764-FMO-GJS<br><br>ORDER APPROVING STIPULATION [13] TO DISMISS |

　　　The parties to the above captioned action having stipulated that the action shall be dismissed in its entirety, and the Court having considered the same,

　　　IT IS ORDERED that this action shall be dismissed in its entirety. The dismissal shall be with prejudice as to the claims of Plaintiff Crispin Carreon. The dismissal shall be without prejudice as to the claims of the putative class. Each party is to bear its own costs.

Dated: June 2, 2017　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　Hon. Fernando M. Olguin
　　　　　　　　　　　　　　　　　United States District Judge